1  CHUCK P. EBERTIN (SBN 161374)
   cebertin@velaw.com
2  VINSON & ELKINS LLP
   1841 Page Mill Road, Suite 200-B
3  Palo Alto, CA 94304
   Tel: (650) 687-8200 / Fax: (650) 618-1970
4
   Attorneys for Plaintiff
5  SANDISK CORPORATION

6

7

FILED
2013 NOV 27 P 12: 46

8              UNITED STATES DISTRICT COURT                    RS

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  SANDISK CORPORATION,                    CV 13 80 271 MISC
                                            Misc. Case No. _____
12            Plaintiff,                    [Related to Action Currently Pending
                                            in the U.S. District Court, N.D. Cal.
13  vs.                                     Case No. 11-cv-05243-RS]

14  IPVALUE MANAGEMENT, INC.,               SANDISK'S ADMINISTRATIVE
                                            MOTION TO FILE UNDER SEAL
15            Defendant.                    CONFIDENTIAL INFORMATION
                                            DISCLOSED IN ITS MOTION TO
16  IN RE: SUBPOENA ISSUED IN:              COMPEL PRODUCTION OF
                                            SUBPOENAED DOCUMENTS FROM
17  SANDISK CORPORATION,                    IPVALUE MANAGEMENT, INC.

18       Plaintiff and Counterclaim Defendant,

19  vs.

20  ROUND ROCK RESEARCH LLC,

21       Defendant and Counterclaim Plaintiff.

22

23       Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5,
24  Plaintiff SanDisk Corporation ("SanDisk") submits this administrative motion for an order to seal
25  portions of SanDisk's Notice of Motion, Motion, and Memorandum Support of Its Motion to
26  Compel Production of Subpoenaed Documents from IPValue Management, Inc. ("Motion to
27  Compel"). SanDisk's motion also requests the Court to seal certain exhibits submitted in support of
28  SanDisk's Motion to Compel.

| SanDisk's Administrative Motion to File Documents Under Seal<br>2188090 | 1 | Misc. Case No. _____ |

## ARGUMENT

On December 30, 2009, non-practicing entity Round Rock Research LLC ("Round Rock") purchased roughly 4,200 patents and patent applications from Micron Technology, Inc. ("Micron") for the purpose of licensing and enforcing those patents in its patent licensing business. Round Rock is presently asserting nine of these patents against SanDisk in a related case. [*See SanDisk Corp. v. Round Rock Research LLC*, No. 3:11-cv-05243-RS (N.D. Cal. 2011) ("Round Rock Litigation").]

Round Rock also entered an agreement with IPValue Management, Inc. ("IPValue") to assist in licensing its newly acquired patents. In connection with the Round Rock Litigation, SanDisk served a subpoena with eighteen document requests on IPValue on May 18, 2012. On November 16, 2012, IPValue produced a total of 65 documents and communications in response to SanDisk's document request. On December 6, 2012, IPValue served its privilege log, which contained 149 entries. Because IPValue has refused to produce relevant documents, choosing instead to withhold certain documents under the pretense of the work product doctrine and the attorney client privilege, SanDisk has filed this related action to compel the production of subpoenaed documents from IPValue. [*See* Motion to Compel.] In connection with SanDisk's Motion to Compel, SanDisk has included materials that have been designated as highly confidential by IPValue and/or Round Rock in reliance upon a Protective Order entered by the Court in the related Round Rock Litigation. SanDisk's Motion to Compel and supporting exhibits contain and describe this information which has been designated by IPValue and/or Round Rock under the Protective Order. Accordingly, SanDisk requests that the following documents be filed under seal:

<u>EXHIBITS A–F TO THE DECLARATION OF CHUCK EBERTIN</u>: SanDisk seeks permission to file Exhibits A–F to the Declaration of Chuck Ebertin in Support of SanDisk's Motion to Compel Production of Subpoenaed Documents from IPValue Management, Inc., executed on November 27, 2013 ("Ebertin Declaration") under seal because IPValue and/or Round Rock have designated them as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in the related Round Rock Litigation. Pursuant to Local Rule 79-5(d), SanDisk is filing this administrative motion to give IPValue and/or Round Rock the

SanDisk's Administrative Motion to File Documents Under Seal
2188090

2

Misc. Case No. _____

1  opportunity to file a declaration establishing that such designated material is sealable and to
2  file a proposed sealing order.
3  <u>PORTIONS OF SANDISK'S MOTION TO COMPEL</u>:   Certain portions of SanDisk's Motion to
4  Compel specifically quote, reference, or summarize aspects of the confidential information
5  referenced in the above-identified exhibits.  Pursuant to Local-Rule 79-5(c), SanDisk has
6  submitted a highlighted version of its Motion to Compel identifying those portions which
7  quote, reference or summarize the contents of the confidential exhibits referenced above.
8  Pursuant to Local Rule 79-5(d), SanDisk is filing this administrative motion to give IPValue
9  and/or Round Rock the opportunity to file a declaration establishing that such designated
10 material is sealable and to file a proposed sealing order.

**CONCLUSION**

For the reasons set forth above, SanDisk respectfully requests that the Court enter an order granting SanDisk permission to file under seal Exhibits A-F to the Declaration of Chuck Ebertin and certain portions of SanDisk's Motion to Compel.

Dated: November 27, 2013              VINSON & ELKINS LLP

                                      By: ___*/s/ Chuck P. Ebertin*___
                                          Chuck P. Ebertin

                                          Attorneys for Plaintiff
                                          SANDISK CORPORATION

# PROOF OF SERVICE

I, Chuck Ebertin, certify that:

On November 27, 2013, I caused a copy of the foregoing **SANDISK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION DISCLOSED IN ITS MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM IPVALUE MANAGEMENT, INC.** to be served on counsel for IPVALUE Management, Inc.

DESMARAIS LLP
Jon T. Hohenthaner
  jhohenthaner@desmaraisllp.com
John C. Spaccarotella
  jspaccarotella@desmaraisllp.com
Ameet A. Modi
  amodi@desmaraisllp.com
Richard M. Cowell
  rcowell@desmaraisllp.com
Andrew Heinz
  aheinz@desmaraisllp.com
230 Park Avenue
New York, NY  10169

- by transmitting via electronic mail a true and correct copy of the above-listed document scanned into an electronic file in Adobe "pdf" format.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 27, 2013 in Palo Alto, California.

/s/ *Chuck P. Ebertin*
Chuck P. Ebertin